**MARTIN & BONTRAGER, APC**
G. Thomas Martin, III (SBN 218456)
Nicholas J. Bontrager (SBN 252114)
4605 Lankershim Blvd. Ste 535
Toluca Lake, CA 91602
T: (323) 940-1700
F: (323) 238-8095
Tom@mblawapc.com
Nick@mblawapc.com

Attorneys for Plaintiff
FILIPP GUDIS

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| FILIPP GUDIS,<br><br>          Plaintiff,<br><br>     vs.<br><br>UNITED RECOVERY SYSTEMS, LP,<br><br>          Defendant(s). | Case No.: 2:21-cv-2766<br><br>**COMPLAINT AND DEMAND FOR JURY TRIAL FOR:**<br><br>**1. VIOLATIONS OF THE FAIR DEBT COLLECTION PRACTICES ACT [15 U.S.C. § 1692]**<br><br>**2. VIOLATIONS OF THE ROSENTHAL FAIR DEBT COLLECTION PRACTICES ACT [CAL. CIV. CODE § 1788]** |
|---|---|

# INTRODUCTION

1.   FILIPP GUDIS ("Plaintiff") brings this action to secure redress from UNITED RECOVERY SYSTEMS, LP ("Defendant") for violations of the Fair Debt Collection Practices Act (FDCPA), 15 U.S.C. § 1692.  Plaintiff also brings

1  this action to secure redress from Defendant for violations of the Rosenthal Fair
2  Debt Collection Practices Act [CAL. CIV. CODE § 1788].

## JURISDICTION AND VENUE

4      2.    Jurisdiction in this Court is proper pursuant to 28 U.S.C. § 1331 as
5  Plaintiff's claims arise under the laws of the United States.

6      3.    Venue is proper in this District pursuant to 28 U.S.C. § 1391(b)
7  because the acts and transactions alleged in this Complaint occurred here, Plaintiff
8  resides here, and Defendant transacts business here.

## PARTIES

10      4.    Plaintiff is an individual, residing in Los Angeles County, California.
11  Plaintiff is a natural person from whom a debt collector seeks to collect a consumer
12  debt which is due and owing or alleged to be due and owing.

13      5.    Defendant is a corporation engaged in the business of collecting
14  debts in this state and in several other states, with its principal place of business
15  located in Texas. The principal purpose of Defendant is the collection of debts in
16  this state and Defendant regularly attempts to collect debts alleged to be due
17  another.

18      6.    Defendant is engaged in the collection of debts from consumers using
19  the mail and telephone. Defendant regularly attempts to collect debts alleged to
20  be due another and Defendant is a "debt collector" as defined by the FDCPA and
21  the RFDCPA.

## FACTUAL ALLEGATIONS

23      7.    Within one year prior to the filing of this action, Defendant contacted
24  Plaintiff to collect money, property or their equivalent, due or owing or alleged to
25  be due or owing from a natural person by reason of a consumer credit transaction
26  and/or "consumer debt."
27      8.    Within one year prior to the filing of this action, Defendant regularly
28  and repeatedly called Plaintiff at Plaintiff's telephone number ending in 0775.

9. Within one year prior to the filing of this action and on numerous occasions, Defendant placed multiple calls to Plaintiff from telephone numbers (832) 548-0013, (832) 379-5398, (713) 364-0025 and (713) 364-0041. At all times relevant to this action, Defendant called Plaintiff from, but not limited to, the forgoing telephone numbers for the purpose of collecting an alleged debt.

10. Within one year prior to the commencement of this action, Defendant caused Plaintiff's telephone to ring repeatedly and continuously to annoy Plaintiff.

11. Within one year prior to the filing of this action, Defendant communicated with Plaintiff with such frequency as to be unreasonable under the circumstances and to constitute harassment.

12. The natural and probable consequences of Defendant's conduct was to harass, oppress or abuse Plaintiff in connection with the collection of the alleged debt.

## FIRST CAUSE OF ACTION
**(Violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692)**

13. Plaintiff incorporates by reference all of the above paragraphs of this Complaint as though fully stated herein.

14. Defendant violated the FDCPA. Defendant's violations include, but are not limited to the following:

(a) Defendant violated 15 U.S.C. §1692d by engaging in any conduct the natural consequence of which is to harass, oppress, or abuse any person in connection with the collection of a debt;

(b) Defendant violated 15 U.S.C. §1692d(5) causing a telephone to ring or engaging any person in telephone conversation repeatedly or continuously with intent to annoy, abuse, or harass any person at the called number; and

(c) Defendant violated 15 U.S.C. §1692f use unfair or unconscionable means to collect or attempt to collect any debt.

14. Defendant's acts, as described above, were done intentionally with the purpose of coercing Plaintiff to pay the alleged debt.

15. As a result of the foregoing violations of the FDCPA, Defendant is liable to Plaintiff for actual damages, statutory damages, and attorney's fees and costs, and, such other and further relief as the Court deems proper.

## SECOND CAUSE OF ACTION

### (Violation of the Rosenthal Fair Debt Collection Practices Act, CAL. CIV. CODE § 1788)

16. Plaintiff incorporates by reference all of the above paragraphs of this Complaint as though fully stated herein.

17. Defendant violated the RFDCPA. Defendant's violations include, but are not limited to, the following:

(a) Defendant violated CAL. CIV. CODE § 1788.17 by collecting or attempting to collect a consumer debt without complying with the provisions of Sections 1692b to 1692j, inclusive, of . . . Title 15 of the United States Code (Fair Debt Collection Practices Act).

18. Defendant's acts, as described above, were done intentionally with the purpose of coercing Plaintiff to pay the alleged debt.

19. As a result of the foregoing violations of the RFDCPA, Defendant is liable to Plaintiff for actual damages, statutory damages, and attorney's fees and costs.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests that judgment be entered against Defendant for the following:

(a) Actual damages pursuant to statute(s), in amounts to be determined at trial and for Plaintiff.

(b) Statutory damages pursuant to statute(s);

(c) Punitive damages pursuant to statute;

(d) Costs and reasonable attorney's fees pursuant to pursuant to statute(s); and

(e) For such other and further relief as the Court may deem just and proper.

### DEMAND FOR JURY TRIAL

Please take notice that Plaintiff demands a trial by jury in this action.

RESPECTFULLY SUBMITTED,

Dated: March 31, 2021 **MARTIN & BONTRAGER, APC**

By: /s/ G. Thomas Martin, III

G. Thomas Martin, III
*Attorney for Plaintiff*