UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FILIPP GUDIS, <br><br>           Plaintiff, <br><br>      vs. <br><br> UNITED RECOVERY SYSTEMS, LP, <br><br>           Defendant(s). | Case No.: 2:21-cv-02766-CBM-SKx <br><br> **ORDER RE STIPULATION TO DISMISS WITH PREJUDICE** <br> **[JS-6]** |

### ORDER RE STIPULATION TO DISMISS WITH PREJUDICE

The Stipulation to Dismiss Plaintiff's individual claims with Prejudice is hereby Approved. All parties shall bear their own costs and attorneys' fees.

**IT IS SO ORDERED.**

Dated: SEPTEMBER 15, 2021

By: _____

Consuelo B. Marshall

United States District Judge